**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:    10-cv-07009

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of
Heritage Community Bank, Plaintiff.

v.

JOHN M. SAPHIR; PATRICK G. FANNING; STEPHEN L. FAYDASH; WILLIAM E. HETLER; THOMAS JELINEK; LORI A. MOSELEY; STEPHEN ANTHONY; JERRY C. BRUCER; JAMES K. CHAMPION; ANDREW B. NATHAN; and MARY C. MILLS, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

JAMES K. CHAMPION

| | |
|---|---|
| NAME (Type or print) Steven R. Gilford | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/Steven R. Gilford | |
| FIRM  Proskauer Rose LLP | |
| STREET ADDRESS  70 W. Madison, 38th Floor | |
| CITY/STATE/ZIP  Chicago IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 3121730 | TELEPHONE NUMBER 312-962-3550 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. RETAINED COUNSEL                              APPOINTED COUNSEL | |