# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                     Case Number:      10-cv-7009

**FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver of Heritage
Community Bank,**

        **Plaintiff,**

    **v.**

**JOHN M. SAPHIR; PATRICK G. FANNING;
STEPHEN L. FAYDASH; WILLIAM E.
HETLER; THOMAS JELINEK; LORI A.
MOSELEY; STEPHEN ANTHONY;
JERRY C. BRUCER; JAMES K. CHAMPION;
ANDREW B. NATHAN; and MARY C.
MILLS,**

        **Defendants**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Defendant John M. Saphir

| |
|---|
| NAME (Type or print) |
| John M. George, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|       s/ John M. George, Jr. |
| FIRM       Katten & Temple LLP |
| STREET ADDRESS   542 S. Dearborn St., Suite 1060 |
| CITY/STATE/ZIP     Chicago, Illinois 60605 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6189020 | TELEPHONE  NUMBER  (312) 663-0800 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

 RETAINED COUNSEL                          APPOINTED COUNSEL