## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of	Case Number: **10 C 7009**

**FEDERAL DEPOSIT INSURANCE CORPORATION**

v.

**JOHN M. SAPHIR, ET AL.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendant, STEPHEN ANTHONY**

| |
|---|
| NAME (Type or print) <br> **Aaron H. Stanton** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ **Aaron H. Stanton** |
| FIRM <br> **Burke, Warren, MacKay & Serritella, P.C.** |
| STREET ADDRESS <br> **330 N. Wabash Avenue, 22nd Floor** |
| CITY/STATE/ZIP <br> **Chicago, Illinois 60611-3607** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| **6244251** | **312-840-7000** |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ] | NO [X] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ]