## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number: 1:10-cv-7009

Federal Deposit Insurance Corp. v William E. Hetler, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

William E. Hetler

| |
|---|
| NAME (Type or print)<br>Terence D. Brennan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Terence D. Brennan |
| FIRM<br>PRETZEL & STOUFFER, CHARTERED |
| STREET ADDRESS<br>One S. Wacker Drive, Suite 2500 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6289123 | TELEPHONE NUMBER<br>312-346-1973 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Attorney Appearance of Terence D. Brennan  was

filed electronically this 3rd day of December, 2010.  Notice of this filing will be sent to all parties

by operation of the Court's electronic filing system and/or by facsimile transmission and

Standard U.S. Mail (where indicated).  Parties may access this filing through the Court's

electronic system.

Susan Valentine
Ann Megan Chessare
Robert Scott Michaels
Robinson Curley & Clayton, PC
300 S. Wacker Drive, Suite 1700
Chicago, IL 60606
svalentine@robinsoncurley.com
momalleychessare@robinsoncurley.com
rmichael@robinsoncurley.com

John M. George
Katten & Temple LLC
542 S. Dearborn St. #1060
Chicago, IL 60603
jgeorge@kattentemple.com

Lawrence A. Stein
Edward J. Sedlacek
Elizabeth A. Bates
Kathleen R. Ryding
Mark S. Bishop
Patrick B. Hurley
Thomas Andrew Christensen
Huck Bouma PC
1755 S. Naperville Rd. #200
Wheaton, IL 60189
lstein@huckbouma.com
esedlacek@huckbouma.com
ebates@huckbouma.com
kryding@huckbouma.com
mbishop@huckbouma.com
phurley@huckbouma.com
tchristensen@huckbouma.com

William D. Dallas
Regas, Frezados, Harp & Dallas
111 W. Washington St., Suite 1525
Chicago IL 60602
wdd@rfd-law.com

Catherine J. Spector
Steven Ross Gilford
Proskauer Rose LLP (70W)
70 W. Madison, Suite 3800
Chicago, IL 60602-4342
cspector@proskauer.com
sgilford@proskauer.com

/s/Terence D. Brennan
Terence D. Brennan, IL Bar No.6289123
PRETZEL & STOUFFER, CHARTERED
One S. Wacker Drive, Suite 2500
Chicago, IL 60606
(312) 346-1973 - Phone
(313) 346-8242 - Fax
rwaris@pretzel-stouffer.com
Attorneys for William E. Hetler