IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Heritage Community Bank,<br><br>        Plaintiff,<br><br>        v.<br><br>JOHN M. SAPHIR; PATRICK G. FANNING; STEPHEN L. FAYDASH; WILLIAM E. HETLER; THOMAS JELINEK; LORI A MOSELEY; STEPHEN ANTHONY; JERRY C. BRUCKER; JAMES K. CHAMPION; ANDREW B. NATHAN; and MARY C. MILLS,<br><br>        Defendants. | Case No. 10 C 7009<br><br>Judge Pallmeyer |

**DEFENDANT SAPHIR'S UNOPPOSED MOTION TO SET JANUARY 24, 2011 AS DATE FOR ALL DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant John M. Saphir ("Saphir") respectfully moves the Court for an Order setting January 24, 2011 as the date by which all Defendants shall respond to the Complaint of Plaintiff, the Federal Deposit Insurance Corporation, as Receiver for Heritage Community Bank (the "FDIC"). All other Defendants have agreed to Saphir's Motion, which is unopposed by Plaintiff. The grounds for Saphir's Motion are as follows;

    1.    The FDIC filed the present Complaint on November 1, 2010.

    2.    All Defendants executed waivers of summons.

    3.    Based upon the different dates that Plaintiff mailed requests for waivers, the current dates for each Defendant to respond to the Complaint are as follows:

        a.    Stephen Anthony    January 10, 2011;

|    |                    |                   |
|----|--------------------|-------------------|
| b. | Jerry Brucer       | January 3, 2011;  |
| c. | James K. Champion  | January 10, 2011; |
| d. | Patrick Fanning    | January 18, 2011; |
| e. | Stephen Faydash    | January 11, 2011; |
| f. | William H. Hetler  | January 11, 2011  |
| g. | Thomas Jellinek    | January 3, 2011;  |
| h. | Mary E. Mills      | January 13, 2011; |
| i. | Lori A. Mosley     | January 31, 2011  |
| j. | Andrew B. Nathan   | January 7, 2011   |
| k. | John M. Saphir     | January 3, 2011;  |

4. Defendants submit, and Plaintiff does not disagree, that it would be more logical and efficient to have a common date for all Defendants to respond to the Complaint and have proposed January 24, 2011. Plaintiffs does not object to this date, which provides a short extension of time for most Defendants and reduces the time for one of them to respond to the Complaint.

WHEREFORE, Defendant John M. Saphir, with the consent of all other Defendants and without opposition from Plaintiff, asks the Court to set January 24, 2011, as the date for all Defendants to respond to the Complaint.

By:    /s/John M. George, Jr.
One of His Attorneys

John M. George, Jr.
Katten & Temple LLP
542 S. Dearborn St., Suite 1060
Chicago, IL 60605
(312) 663-0800
(312) 663-0900 (fax)