## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Heritage Community Bank, <br><br> Plaintiff, <br><br> v. <br><br> JOHN M. SAPHIR; PATRICK G. FANNING, STEPHEN L. FAYDASH; WILLIAM E. HETLER: THOMAS JELINEK; LORI A MOSELEY;  STEPHEN ANTHONY; JERRY C. BRUCKER; JAMES K. CHAMPION; ANDREW B. NATHAN; and MARY C. MILLS, <br><br> Defendants. | Case No.  10 C 7009 <br><br> Judge Pallmeyer |

## NOTICE OF MOTION

To: SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on Monday, January 3, 2011, at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Rebecca R. Pallmeyer or whoever may be designated to sit in her stead, in **Court Room 2119** of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant Saphir's Unopposed Motion to Set January 24, 2011 as Date for All Defendants to Respond to Plaintiff's Complaint.

Dated: December 29, 2010                    Respectfully submitted,

                                                  /s/ John M. George, Jr

                                            John M. George, Jr.
                                            KATTEN & TEMPLE LLP
                                            542 S. Dearborn St., Suite 1060
                                            Chicago, Illinois 60605
                                            312-663-0800
                                            Counsel for Defendant John M. Saphir

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on the 29th day of December 2010 he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to counsel listed below:

**DEFENDANT SAPHIR'S UNOPPOSED MOTION TO SET JANUARY 24, 2011 AS DATE FOR ALL DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

/s/ John M. George, Jr.


Aaron H. Stanton    astanton@burkelaw.com, bmears@burkelaw.com, jpowell@burkelaw.com

Ann Megan Chessare    momalleychessare@robinsoncurley.com, nball@robinsoncurley.com

Brian Kevin Mcbrearty    mcbrearty@mcbreartylaw.com, murdock@mcbreartylaw.com

Catherine J. Spector    cspector@proskauer.com, pmarks@proskauer.com, prdocketing@proskauer.com, swysocki@proskauer.com

Edward J Sedlacek    esedlacek@huckbouma.com

Elizabeth A. Bates    ebates@huckbouma.com, mtolvaysh@huckbouma.com

George K. Samuel    samuel@dbmslaw.com

John J. Duffy    john.duffy@dbmslaw.com, silva@dbmslaw.com

John M. George    jgeorge@kattentemple.com, acorona@kattentemple.com

Kathleen R Ryding    kryding@huckbouma.com, ccurths@huckbouma.com

Lawrence A. Stein    lstein@huckbouma.com, lkoster@huckbouma.com

Mark S. Bishop    mbishop@huckbouma.com

Matthew F Tibble    mtibble@pretzel-stouffer.com, gholst@pretzel-stouffer.com

Patrick B. Hurley    phurley@huckbouma.com, ccurths@huckbouma.com

Richard M. Waris    rwaris@pretzel-stouffer.com, tcook@pretzel-stouffer.com

Robert Scott Michaels    rmichaels@robinsoncurley.com, nball@robinsoncurley.com

Sarah B. Waxman    sarah.waxman@bfkn.com, daunte.henderson@bfkn.com

Steven Ross Gilford    sgilford@proskauer.com, prdocketing@proskauer.com, swysocki@proskauer.com

Susan Valentine    svalentine@robinsoncurley.com, dmshields@robinsoncurley.com

Terence D. Brennan    tbrennan@kirkland.com

Thomas Andrew Christensen    tchristensen@HuckBouma.com, mgaertner@huckbouma.com

William D. Dallas    wdd@rfd-law.com

William Scott Porterfield    scott.porterfield@bfkn.com