# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 10-cv-7009 |

**FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Heritage Community Bank,**

 **Plaintiff,**
  **v.**

**JOHN M. SAPHIR; PATRICK G. FANNING; STEPHEN L. FAYDASH; WILLIAM E. HETLER; THOMAS JELINEK; LORI A. MOSELEY; STEPHEN ANTHONY; JERRY C. BRUCER; JAMES K. CHAMPION; ANDREW B. NATHAN; and MARY C. MILLS,**

 **Defendants.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Defendant, Stephen Faydash

| | |
|---|---|
| NAME (Type or print) | |
| Clinton J. Ind | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Clinton J. Ind | |
| FIRM | Gardiner Koch Weisberg & Wrona |
| STREET ADDRESS | 53 West Jackson Blvd. Suite 950 |
| CITY/STATE/ZIP | Chicago, IL 60604 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6180243 | TELEPHONE NUMBER 312/362-0000 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   N

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

 RETAINED COUNSEL                          APPOINTED COUNSEL