# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case Number:    1:10-CV-7009

Federal Deposit Insurance Corporation, as Receiver of Heritage Community Bank, vs. John M. Saphir; Patrick G. Fanning; Stephen L. Faydash; William E. Hetler; Thomas Jelinek; Lori A. Moseley; Stephen Anthony; Jerry C. Brucer; James K. Champion; Andrew B. Nathan; and Mary C. Mills.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Lori A. Moseley

| | |
|---|---|
| NAME: Anne M. Abrell | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  /s/Anne M. Abrell | |
| FIRM   Casale, Woodward & Buls, LLP | |
| STREET ADDRESS   9223 Broadway, Suite A | |
| CITY/STATE/ZIP   Merrillville, IN 46410 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6298949 | TELEPHONE NUMBER (219) 736-9990 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.  RETAINED COUNSEL                              APPOINTED COUNSEL | |