# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7009 | **DATE** | 1/4/2011 |
| **CASE TITLE** | Federal Deposit Insurance Corporation vs. John M. Saphir, et al | | |

**DOCKET ENTRY TEXT**

Motion for leave to appear *pro hac vice* [42] granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|