**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois −** **CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Federal Deposit Insurance Corporation
                           Plaintiff,

v.                                                Case No.: 1:10−cv−07009
                                                Honorable Rebecca R. Pallmeyer

John M. Saphir, et al.
                           Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, January 18, 2011:

      MINUTE entry before Honorable Rebecca R. Pallmeyer: On the court's own motion, Rule 16 conference set for 2/8/2011 is stricken and reset to 2/14/2011 at 09:00 AM. Mailed notice(etv, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.