IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Heritage Community Bank,<br><br>Plaintiff,<br><br>v.<br><br>JOHN M. SAPHIR; PATRICK G. FANNING, STEPHEN L. FAYDASH; WILLIAM E. HETLER: THOMAS JELINEK; LORI A MOSELEY; STEPHEN ANTHONY; JERRY C. BRUCKER; JAMES K. CHAMPION; ANDREW B. NATHAN; and MARY C. MILLS,<br><br>Defendants. | Case No. 10 C 7009<br><br>Judge Pallmeyer |

## NOTICE OF MOTION

To: SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on Thursday, January 20, 2011, at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Rebecca R. Pallmeyer or whoever may be designated to sit in her stead, in **Court Room 2119** of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendants Saphir, Anthony and Champion's Unopposed Motion for Leave to File Briefs in Support of Motions to Dismiss up to Twenty Pages.

Dated: January 18, 2011

Respectfully submitted,

/s/ Nancy A. Temple
One of the Attorneys for Defendant Saphir

John M. George, Jr.
Nancy A. Temple
Katten & Temple LLP
542 S. Dearborn St., Suite 1060
Chicago, IL 60605
(312) 663-0800
(312) 663-0900 (fax)

*Counsel for Defendant John Saphir*

/s/ Aaron H. Stanton
Aaron H. Stanton (IL Bar No. 6244251)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash
22nd Floor
Chicago, IL 60611
Telephone: (312) 840-7078
Facsimile: (312) 840-7900

*Counsel for Defendant Stephen Anthony*

/s/ Sigal P. Mandelker
Steven R. Gilford (IL Bar No. 3121730)
Catherine J. Spector (IL Bar No. 6287459)
Proskauer Rose LLP
Three First National Plaza
70 W. Madison St., Ste. 3800
Chicago, IL 60606
Telephone: (312) 962-3550
Facsimile: (312) 962-3551

Sigal P. Mandelker (*pro hac vice*)
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299
Telephone: (212) 969-3360
Facsimile: (212) 969-2900

*Counsel for Defendant James K. Champion*