## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on the 24th day of January 2011 she electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to counsel listed below:

**DEFENDANT SAPHIR'S MOTION TO DISMISS FDIC'S COMPLAINT.**

/s/ Nancy A. Temple


Aaron H. Stanton    astanton@burkelaw.com, bmears@burkelaw.com, jpowell@burkelaw.com

Ann Megan Chessare    momalleychessare@robinsoncurley.com, nball@robinsoncurley.com

Brian Kevin Mcbrearty    mcbrearty@mcbreartylaw.com, murdock@mcbreartylaw.com

Catherine J. Spector    cspector@proskauer.com, pmarks@proskauer.com, prdocketing@proskauer.com, swysocki@proskauer.com

Edward J Sedlacek    esedlacek@huckbouma.com

Elizabeth A. Bates    ebates@huckbouma.com, mtolvaysh@huckbouma.com

George K. Samuel    samuel@dbmslaw.com

John J. Duffy    john.duffy@dbmslaw.com, silva@dbmslaw.com

John M. George    jgeorge@kattentemple.com, acorona@kattentemple.com

Kathleen R Ryding    kryding@huckbouma.com, ccurths@huckbouma.com

Lawrence A. Stein    lstein@huckbouma.com, lkoster@huckbouma.com

Mark S. Bishop    mbishop@huckbouma.com

Matthew F Tibble    mtibble@pretzel-stouffer.com, gholst@pretzel-stouffer.com

Patrick B. Hurley    phurley@huckbouma.com, ccurths@huckbouma.com

Richard M. Waris    rwaris@pretzel-stouffer.com, tcook@pretzel-stouffer.com

Robert Scott Michaels     rmichaels@robinsoncurley.com, nball@robinsoncurley.com

Sarah B. Waxman     sarah.waxman@bfkn.com, daunte.henderson@bfkn.com

Steven Ross Gilford     sgilford@proskauer.com, prdocketing@proskauer.com, swysocki@proskauer.com

Susan Valentine     svalentine@robinsoncurley.com, dmshields@robinsoncurley.com

Terence D. Brennan     tbrennan@kirkland.com

Thomas Andrew Christensen     tchristensen@HuckBouma.com, mgaertner@huckbouma.com

William D. Dallas     wdd@rfd-law.com

William Scott Porterfield     scott.porterfield@bfkn.com