**DOCUMENT REMOVED DUE TO REASON[S ] CHECKED BELOW**

\_\_\_\_\_     **DOCUMENT ENTERED IN ERROR**

\_\_**X**\_\_     **DOCUMENT WITHDRAWN/REMOVED PER COURT ORDER OF**

<u>**06/21/2011.**</u>

_____    **INCORRECT DOCUMENT LINKED**

_____     **DUPLICATE ENTRY**