**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Heritage Community Bank,** | ) ) ) ) | |
| **Plaintiff,** | ) ) ) | |
| **v.** | ) ) | **Case No. 10 C 7009** |
| **JOHN M. SAPHIR; PATRICK G. FANNING, STEPHEN L. FAYDASH; WILLIAM E. HETLER: THOMAS JELINEK; LORI A MOSELEY;   STEPHEN ANTHONY; JERRY C. BRUCKER; JAMES K. CHAMPION; ANDREW B. NATHAN; and MARY C. MILLS,** | ) ) ) ) ) ) ) ) | **Judge Pallmeyer** |
| **Defendants.** | ) ) | |

## NOTICE OF MOTION

To: SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on Tuesday, February 1, 2011, at 8:45 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Rebecca R. Pallmeyer or whoever may be designated to sit in her stead, in **Court Room 2119** of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant Saphir's Motion for Leave to File Document Under Seal.

Dated: January 24, 2011

Respectfully submitted,

/s/ Nancy A. Temple
One of the Attorneys for Defendant Saphir

John M. George, Jr.
Nancy A. Temple
Katten & Temple LLP
542 S. Dearborn St., Suite 1060
Chicago, IL 60605
(312) 663-0800
(312) 663-0900 (fax)
*Counsel for Defendant John Saphir*