**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Heritage Community Bank,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN M. SAPHIR; PATRICK G. FANNING; STEPHEN L. FAYDASH; WILLIAM E. HETLER; THOMAS JELINEK; LORI A. MOSELEY; STEPHEN ANTHONY; JERRY C. BRUCER; JAMES K. CHAMPION; ANDREW B. NATHAN; and MARY C. MILLS,<br><br>    Defendants. | Case No. 10-cv-07009<br><br>Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Arlander Keys |

## JOINT MOTION TO DISMISS COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants James K. Champion and Stephen Anthony hereby move this Court to dismiss with prejudice the Complaint filed against them by the Federal Deposit Insurance Corporation ("FDIC"), acting as Receiver of Heritage Community Bank (the "Bank"), on the grounds that it fails to state a claim against them upon which relief can be granted. The FDIC's Complaint against Defendants Champion and Anthony, who each served as an outside director of the Bank, should be dismissed for the following reasons:

    1.    As to Counts II and III, because the FDIC is barred from bringing negligence or breach of fiduciary duty claims against the Bank's directors under the Illinois Banking Act, 205 ILCS § 5/39, and the Bank's by-laws.

2. As to all counts, because the allegations of the Complaint treat the Bank's seven directors as a unit and fail to distinguish among the Bank's outside directors and inside directors, much less assert any allegations specifically against Defendants Champion or Anthony. Thus, the Complaint does not give Defendants Champion and Anthony fair notice of the claims against them as required by Federal Rule of Civil Procedure 8.

3. As to all counts, because the allegations of the Complaint do not rebut the presumption of the business judgment rule that Defendants Champion and Anthony acted in good faith and with due care as directors and fail to plead claims for negligence, gross negligence, or breach of fiduciary duty.

4. As to all counts, because the Complaint fails to allege that the decisions of Defendants Champion and Anthony were the proximate cause of any injury to the Bank.

Defendants Champion and Anthony submit the accompanying memorandum of law in further support of their motion to dismiss. In addition, as set forth in the accompanying memorandum of law, Defendants Champion and Anthony join and incorporate by reference the relevant portions of Defendant John M. Saphir's Motion to Dismiss the FDIC's Complaint and Memorandum in Support (Docket Nos. 61 & 69): (a) the Factual Background section; (b) Section I of the Argument; (c) Section II of the Argument; and (d) Section III of the Argument.

WHEREFORE, Defendants, James K. Champion and Stephen Anthony, respectfully request that the court grant their motion to dismiss, enter an order

dismissing the FDIC's Complaint with prejudice, and grant such other relief as the court deems just and appropriate.

Dated: January 24, 2011

Respectfully submitted,

| | |
|---|---|
| /s/ Aaron H. Stanton | /s/ Sigal P. Mandelker |
| Aaron H. Stanton (IL Bar No. 6244251) | Sigal P. Mandelker (*pro hac vice*) |
| Burke, Warren, MacKay & Serritella, P.C. | Proskauer Rose LLP |
| 330 N. Wabash | Eleven Times Square |
| 22nd Floor | New York, NY 10036 |
| Chicago, IL 60611 | Telephone: (212) 969-3360 |
| Telephone: (312) 840-7078 | Facsimile: (212) 969-2900 |
| Facsimile: (312) 840-7900 | |
| | *- and -* |
| *Counsel for Defendant Stephen Anthony* | |
| | Steven R. Gilford (IL Bar No. 3121730) |
| | Catherine J. Spector (IL Bar No. 6287459) |
| | Proskauer Rose LLP |
| | Three First National Plaza |
| | 70 W. Madison St., Ste. 3800 |
| | Chicago, IL 60606 |
| | Telephone: (312) 962-3550 |
| | Facsimile: (312) 962-3551 |
| | |
| | *Counsel for Defendant James K. Champion* |

1

## **CERTIFICATE OF SERVICE**

I, Sigal P. Mandelker, do hereby certify that I have caused a true and correct copy of the foregoing to be served to the following attorneys, today January 24, 2011, by operation of the Court's CM/ECF electronic filing system:

Susan Valentine
Robinson Curley & Clayton, P.C.
300 South Wacker Drive, Suite 1700
Chicago, IL 60606
312 663-3100
svalentine@robinsoncurley.com
*Attorneys for Federal Deposit Insurance*
*Corporation, as Receiver of*
*Heritage Community Bank*

Thomas G. Gardiner
Gardiner Koch Weisberg & Wrona
53 West Jackson Boulevard, Suite 950
Chicago, IL 60604
(312) 362-0000
tgardiner@gkw-law.com
*Attorneys for Stephen L. Faydash*

Lawrence A. Stein
Huck Bouma PC
1755 South Naperville Road
Wheaton, IL 60187-8132
(630) 221-1755
Fax: (630) 221-1756
lstein@huckbouma.com
*Attorneys for Thomas Jelinek*

Aaron H. Stanton
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash, 22nd Floor
Chicago, IL 60611
Telephone: (312) 840-7078
Facsimile: (312) 840-7900
astanton@burkelaw.com
*Attorneys for Stephen Anthony*

John M. George
Nancy Anne Temple
Katten & Temple LLC
542 South Dearborn Street, #1060
Chicago, IL 60603
(312) 663-0800
jgeorge@kattentemple.com
ntemple@kattentemplelaw.com
*Attorneys for John M. Saphir*

John J. Duffy
Donohue, Brown, Mathewson & Smyth
140 South Dearborn Street, Suite 700
Chicago, IL 60603
(312) 422-0900
john.duffy@dbmslaw.com
*Attorneys for Patrick G. Fanning*

Matthew F Tibble
Pretzel & Stouffer, Chtd.
One South Wacker Drive, Suite 2500
Chicago, IL 60606-4673
(312) 346-1973
mtibble@pretzel-stouffer.com
*Attorneys for William E. Hetler*

Anne M Abrell
Casale, Woodward & Buls, LLP
9223 Broadway, Suite A
Merrillville, IN 46410
(219) 736-9990
aabrell@cwblawfirm.com
*Attorneys for Lori A. Moseley*

William D. Dallas
Regas, Frezados, Harp & Dallas
111 West Washington Street, Suite 1525
Chicago, IL 60602
(312) 236-4400
wdd@rfd-law.com
*Attorneys for Jerry C. Brucer*

Brian Kevin McBrearty
McBrearty, Hart & Kelly
222 South Central Avenue, Suite 200
St. Louis, MO 63105
(314) 725-1227
mcbrearty@mcbreartylaw.com
*Attorneys for Mary C. Mills*

William Scott Porterfield
Sarah B. Waxman
 Barack Ferrazzano Kirschbaum &
Nagelberg LLP
200 W. Madison Street, Suite 3900
Chicago, IL 60606
(312) 984-3100
Fax: (312) 984-3150
scott.porterfield@bfkn.com
sarah.waxman@bfkn.com
*Attorneys for Andrew B. Nathan*


By:    */s/ Sigal P. Mandelker*
      Sigal P. Mandelker