**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Heritage Community Bank, <br><br> Plaintiff, <br><br> v. <br><br> JOHN M. SAPHIR; PATRICK G. FANNING; STEPHEN L. FAYDASH; WILLIAM E. HETLER; THOMAS JELINEK; LORI A. MOSELEY; STEPHEN ANTHONY; JERRY C. BRUCER; JAMES K. CHAMPION; ANDREW B. NATHAN; and MARY C. MILLS, <br><br> Defendants. | Case No. 10-cv-07009 <br><br> Judge Rebecca R. Pallmeyer <br><br> Magistrate Judge Arlander Keys |

TO:  See Attached Service List

## NOTICE OF MOTION

YOU ARE HEREBY NOTIFIED that on the 1st day of February, 2011 at 8:45 a.m. or as soon thereafter as Counsel may be heard, we shall appear before the Honorable Rebecca R. Pallmeyer or any Judge sitting in that Judge's stead, in Courtroom 2119, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the Joint Motion To Dismiss Complaint.

Dated:    January 24, 2011

Respectfully submitted,

| | |
|---|---|
| /s/ Aaron H. Stanton | /s/ Sigal P. Mandelker |
| Aaron H. Stanton (IL Bar No. 6244251) <br> Burke, Warren, MacKay & Serritella, P.C. <br> 330 N. Wabash <br> 22nd Floor <br> Chicago, IL 60611 <br> Telephone: (312) 840-7078 <br> Facsimile: (312) 840-7900 <br><br> *Counsel for Defendant Stephen Anthony* | Sigal P. Mandelker (*pro hac vice*) <br> Proskauer Rose LLP <br> Eleven Times Square <br> New York, NY 10036 <br> Telephone: (212) 969-3360 <br> Facsimile: (212) 969-2900 <br><br> *- and -* <br><br> Steven R. Gilford (IL Bar No. 3121730) <br> Catherine J. Spector (IL Bar No. 6287459) |

Proskauer Rose LLP
Three First National Plaza
70 W. Madison St., Ste. 3800
Chicago, IL 60606
Telephone: (312) 962-3550
Facsimile: (312) 962-3551

*Counsel for Defendant James K. Champion*

## **CERTIFICATE OF SERVICE**

I, Sigal P. Mandelker, do hereby certify that I have caused a true and correct copy of the foregoing to be served to the following attorneys, today January 24, 2011, by operation of the Court's CM/ECF electronic filing system:

Susan Valentine
Robinson Curley & Clayton, P.C.
300 South Wacker Drive, Suite 1700
Chicago, IL 60606
312 663-3100
svalentine@robinsoncurley.com
*Attorneys for Federal Deposit Insurance Corporation, as Receiver of Heritage Community Bank*

Thomas G. Gardiner
Gardiner Koch Weisberg & Wrona
53 West Jackson Boulevard, Suite 950
Chicago, IL 60604
(312) 362-0000
tgardiner@gkw-law.com
*Attorneys for Stephen L. Faydash*

Lawrence A. Stein
Huck Bouma PC
1755 South Naperville Road
Wheaton, IL 60187-8132
(630) 221-1755
Fax: (630) 221-1756
lstein@huckbouma.com
*Attorneys for Thomas Jelinek*

Aaron H. Stanton
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash, 22nd Floor
Chicago, IL 60611
Telephone: (312) 840-7078
Facsimile: (312) 840-7900
astanton@burkelaw.com
*Attorneys for Stephen Anthony*

William D. Dallas
Regas, Frezados, Harp & Dallas
111 West Washington Street, Suite 1525
Chicago, IL 60602
(312) 236-4400
wdd@rfd-law.com
*Attorneys for Jerry C. Brucer*

John M. George
Nancy Anne Temple
Katten & Temple LLC
542 South Dearborn Street, #1060
Chicago, IL 60603
(312) 663-0800
jgeorge@kattentemple.com
ntemple@kattentemplelaw.com
*Attorneys for John M. Saphir*

John J. Duffy
Donohue, Brown, Mathewson & Smyth
140 South Dearborn Street, Suite 700
Chicago, IL 60603
(312) 422-0900
john.duffy@dbmslaw.com
*Attorneys for Patrick G. Fanning*

Matthew F Tibble
Pretzel & Stouffer, Chtd.
One South Wacker Drive, Suite 2500
Chicago, IL 60606-4673
(312) 346-1973
mtibble@pretzel-stouffer.com
*Attorneys for William E. Hetler*

Anne M Abrell
Casale, Woodward & Buls, LLP
9223 Broadway, Suite A
Merrillville, IN 46410
(219) 736-9990
aabrell@cwblawfirm.com
*Attorneys for Lori A. Moseley*

Brian Kevin McBrearty
McBrearty, Hart & Kelly
222 South Central Avenue, Suite 200
St. Louis, MO 63105
(314) 725-1227
mcbrearty@mcbreartylaw.com
*Attorneys for Mary C. Mills*

William Scott Porterfield
Sarah B. Waxman
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 W. Madison Street, Suite 3900
Chicago, IL 60606
(312) 984-3100
Fax: (312) 984-3150
scott.porterfield@bfkn.com
sarah.waxman@bfkn.com
*Attorneys for Andrew B. Nathan*

                                      By:    */s/ Sigal P. Mandelker*
                                                Sigal P. Mandelker