**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Heritage Community Bank, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Case No. 10-cv-7009 |
| v. | ) ) | Judge Pallmeyer |
| JOHN M. SAPHIR; PATRICK G. FANNING; STEPHEN L. FAYDASH; WILLIAM E. HETLER; THOMAS JELINEK; LORI A. MOSELEY; STEPHEN ANTHONY; JERRY C. BRUCER; JAMES K. CHAMPION; ANDREW B. NATHAN; and MARY B. MILLS, | ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |

**NOTICE OF MOTION**

TO: SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on Tuesday, February 1, 2011, at 8:45 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Rebecca R. Pallmeyer or whoever may be designed to sit in her stead, in Court Room 2119 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant Mills' Motion to Dismiss FDIC's Complaint.

Dated: January 24, 2011                    Respectfully Submitted,


                                           **MCBREARTY, HART & KELLY, L.C.**
                               By:    /s/ Brian K. McBrearty
                                      Brian K. McBrearty #6195239
                                      222 S. Central Avenue, Suite 200
                                      St. Louis, MO 63105
                                      (314) 725-1227 phone
                                      (314) 725-3006 fax
                                      mcbrearty@mcbreartylaw.com
                                      **Attorney for Defendant, Mary Mills**