**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION**, as Receiver of Heritage Community Bank, <br><br> Plaintiff, <br> v. <br><br> JOHN M. SAPHIR; PATRICK G. FANNING; STEPHEN L. FAYDASH; WILLIAM E. HETLER; THOMAS JELINEK; LORI A. MOSELEY; STEPHEN ANTHONY; JERRY C. BRUCER; JAMES K. CHAMPION; ANDREW B. NATHAN; and MARY C. MILLS, <br><br> Defendants. | Case No. 10-cv-7009 <br><br> JURY DEMANDED <br><br> Judge Rebecca Pallmeyer |

**NOTICE OF MOTION**

To:   See Attached Service List

PLEASE TAKE NOTICE that on the 1st day of February, 2011, at 8:45 a.m., we shall appear before the Honorable Judge Pallmeyer, in Room 2119, and shall then and there present Defendant Faydash's MOTION TO DISMISS and MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, copies of which are hereby served upon you.

Respectfully Submitted,

STEPHEN L. FAYDASH


By: _/s/ Thomas G. Gardiner_____
    One of His Attorneys


Thomas G. Gardiner, ARDC #6180243
GARDINER KOCH WEISBERG & WRONA
53 West Jackson Blvd., Suite 950
Chicago, Illinois 60604
Telephone: (312) 362-0000

## **AFFIDAVIT OF SERVICE**

    I, Araceli Villasenor, a non-attorney, do hereby certify that service of Defendant Faydash's Motion to Dismiss and Memorandum in Support of his Motion to Dismiss was accomplished pursuant to Electronic Case Filing on this 25th day of January, 2011.

                                                                 /s/ Araceli Villasenor

**SERVICE LIST:**

**Anne M Abrell**
Casale, Woodward & Buls, Llp
9223 Broadway, Suite A
Merrillville, IN 46410
aabrell@cwblawfirm.com

**Elizabeth A. Bates**
Huck Bouma PC
1755 South Naperville Rd., Suite 200
Wheaton, IL 60187-8132
ebates@huckbouma.com

**Mark S. Bishop**
Huck, Bouma, PC
1755 South Naperville Rd., Suite 200
Wheaton, IL 60187-8132
mbishop@huckbouma.com

**Terence D. Brennan**
Pretzel & Stouffer
1 S. Wacker
Chicago, IL 60606
(312) 469-7071
tbrennan@kirkland.com

**Ann M. Chessare**
Robinson Curley & Clayton, P.C.
300 South Wacker Drive, Suite 1700
Chicago, IL 60606
momalleychessare@robinsoncurley.com

**Thomas A. Christensen**
Huck Bouma PC
1755 S. Naperville Rd., Suite 200
Wheaton, IL 60189
tchristensen@HuckBouma.com

**Daniel J. Cozzi**
Donohue Brown Mathewson & Smyth
140 S. Dearborn, Suite 800
Chicago, IL 60603
cozzi@dbmslaw.com

**Steven M. Dallas**
Regas, Frezados & Dallas
111 W. Washington St.
Chicago, IL 60602
stevend@rfd-law.com

**William D. Dallas**
Regas, Frezados, Harp & Dallas
111 West Washington Street, Suite 1525
Chicago, IL 60602
wdd@rfd-law.com

**John J. Duffy**
Donohue, Brown, Mathewson & Smyth
140 South Dearborn Street, Suite 700
Chicago, IL 60603
john.duffy@dbmslaw.com

**John M. George**
Katten & Temple LLC
542 South Dearborn St., Suite 1060
Chicago, IL 60603
jgeorge@kattentemple.com

**Steven R. Gilford**
Proskauer Rose LLP (70W)
70 West Madison, Suite 3800
Chicago, IL 60602-4342
sgilford@proskauer.com

**Patrick B. Hurley**
Huck Bouma P.C.
1755 South Naperville Rd. Suite 200
Wheaton, IL 60189-8132
phurley@huckbouma.com

**Sigal P. Mandelker**
Proskauer Rose Llp
Eleven Times Square
New York, NY 10036
smandelker@proskauer.com

**Brian K. Mcbrearty**
Mcbrearty, Hart & Kelly, Lc
222 South Central Avenue, Suite 200
St. Louis, MO 63105
mcbrearty@mcbreartylaw.com

**Robert S. Michaels**
Robinson, Curley & Clayton, P.C.
300 South Wacker Drive, Suite 1700
Chicago, IL 60606
rmichaels@robinsoncurley.com

**William S. Porterfield**
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 W. Madison Street, Suite 3900
Chicago, IL 60606
scott.porterfield@bfkn.com

**Kathleen R Ryding**
Huck, Bouma, Martin, Jones & Bradshaw, P.C.
1755 South Naperville Road, Suite 200
Wheaton, IL 60187-8132
kryding@huckbouma.com

**George K. Samuel**
Donohue Brown Mathewson & Smyth
140 S. Dearborn, Suite 800
Chicago, IL 60603
samuel@dbmslaw.com

**Edward J Sedlacek**
Huck Bouma PC
1755 South Naperville Rd., Suite 200
Wheaton, IL 60187-8132
esedlacek@huckbouma.com

**Catherine J. Spector**
Proskauer Rose LLP (70W)
70 West Madison, Suite 3800
Chicago, IL 60602-4342
cspector@proskauer.com

**Aaron H. Stanton**
Burke, Warren, MacKay & Serritella, PC
330 North Wabash, 22nd Floor
Chicago, IL 60611-3607
astanton@burkelaw.com

**Lawrence A. Stein**
Huck Bouma PC
1755 South Naperville Road
Wheaton, IL 60187-8132
lstein@huckbouma.com

**Nancy A. Temple**
Katten & Temple, LLP
542 South Dearborn Street, Suite 610
Chicago, IL 60605
ntemple@kattentemplelaw.com

**Matthew F Tibble**
Pretzel & Stouffer, Chtd.
One South Wacker Dr., Suite 2500
Chicago, IL 60606-4673
mtibble@pretzel-stouffer.com

**Susan Valentine**
Robinson, Curley & Clayton, P.C.
300 South Wacker Drive, Suite 1700
Chicago, IL 60606
svalentine@robinsoncurley.com

**Richard M. Waris**
Pretzel & Stouffer, Chtd.
One South Wacker Drive, Suite 2500
Chicago, IL 60606-4673
rwaris@pretzel-stouffer.com

**Sarah B. Waxman**
Barack Ferrazano Kirschbaum & Nagelberg LLP
200 W. Madison Street, Suite 3900
Chicago, IL 60606
sarah.waxman@bfkn.com