100662.78

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Heritage Community Bank,<br><br>Plaintiff,<br><br>v.<br><br>JOHN M. SAPHIR; PATRICK G. FANNING; STEPHEN FAYDASH; WILLIAM HETLER; THOMAS JELINEK; LORI A. MOSELEY; STEPHEN ANTHONY; JERRY C. BRUCER; JAMES K. CHAMPION; ANDREW B. NATHAN; and MARY C. MILLS,<br><br>Defendants. | No. 10-CV-07009<br>Judge Rebecca R. Pallmeyer |

## AMENDED NOTICE OF MOTION

TO:  See Attached Service List

PLEASE TAKE NOTICE that on **February 1, 2011**, at **8:45 a.m.**, or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Rebecca R. Pallmeyer, or any Judge sitting in her place or stead, in the Courtroom usually occupied by her in Room 2119 in the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL, and, present DEFENDANT PATRICK G. FANNING'S MOTION FOR LEAVE TO ADOPT CO-DEFENDANT'S MOTION TO DISMISS, a copy of which is attached hereto.

George K. Samuel (ARDC 06279745)
DONOHUE BROWN MATHEWSON & SMYTH LLC                    (312) 422-0900
140 South Dearborn Street, Suite 800, Chicago, IL  60603

## PROOF OF SERVICE VIA CM / ECF

I, George K. Samuel, an attorney, on oath hereby certify under penalties of perjury as provided by law pursuant to 735 ILCS 5/1-109, that the above notice and any attached pleadings were served on January 24, 2011 via CM/ECF.

/s/ George K. Samuel

## **SERVICE LIST**

Mr. John M. George, Jr.
Ms. Nancy A. Temple
Katten & Temple LLP
542 S. Dearborn Street
Suite 1060
Chicago, IL 60604
jgeorge@kattentemple.com
ntemple@kattentemplelaw.com
acorona@kattentemple.com

Mr. Matthew F. Tibble
Mr. Richard M. Waris
Mr. Terence D. Brennan
Pretzel & Stouffer Chartered
One South Wacker Drive
Suite 2500
Chicago, IL 60606-4673
mtibble@pretzel-stouffer.com
rwaris@pretzel-stouffer.com
tbrennan@pretzel-stouffer.com
gholst@pretzel-stouffer.com
tcook@pretzel-stouffer.com

Mr. Brian K. McBrearty
McBrearty, Hart & Kelly, L.C.
222 South Central Avenue
Suite 200
St. Louis, MO 63105
mcbrearty@mcbreartylaw.com
murdock@mcbreartylaw.com

Mr. Thomas G. Gardiner
Mr. Clinton J. Ind
Gardiner Koch & Weisberg & Wrona
53 West Jackson Boulevard
Suite 1550
Chicago, IL 60604
TGardiner@gkwwlaw.com
CInd@gkwwlaw.com

Mr. Aaron H. Stanton
Mr. Craig McCrohon
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue
22nd Floor
Chicago, IL 60611
astanton@burkelaw.com
bmears@burkelaw.com
jpowell@burkelaw.com
cmccrohon@burkelaw.com

Ms. Susan Valentine
Ms. Ann Megan Chessare
Mr. Robert Scott Michaels
Robinson, Curley & Clayton, P.C.
300 South Wacker Drive
Suite 1700
Chicago, Illinois 60606
svalentine@robinsoncurley.com
momalleychessare@robinsoncurley.com
rmichaels@robinsoncurley.com
dmshields@robinsoncurley.com
nball@robinsoncurley.com

Mr. W. Scott Porterfield
Ms. Sarah B. Waxman
Barack Ferrazzano Kirschbaum Perlman & Nagelberg, LLP
200 W. Madison Street
Suite 3900
Chicago, IL 60606
scott.porterfield@bfkn.com
sarah.waxman@bfkn.com
daunte.henderson@bfkn.com

Mr. Steven D. Pearson
Meckler Bulger Tilson Marick & Pearson, LLP
123 N. Wacker Drive
Suite 1800
Chicago, IL 60606
steve.pearson@mbtlaw.com

Mr. Seth B. Schafler
Mr. Sigal AP. Madelker
Ms. Catherine J. Spector
Mr. Steven Ross Gilford
Proskauer Rose LLP
Eleven Times Square
New York, NY  10036
sschafler@proskauer.com
smandelker@proskauer.com
cspector@proskauer.com
pmarks@proskauer.com
prdocketing@proskauer.com
swysocki@proskauer.com

Mr. David E. Woodward
Ms. Anne M. Abrell
Casale, Woodward & Buls, LLP
9223 Broadway, Suite A
Cambridge Commons
Merrillville, IL  46410
dewoodward@cwblawfirm.com
amabrell@cwblawfirm.com

Mr. William D. Dallas
Mr. Steven M. Dallas
Regas, Frezados & Dallas, LLP
111 W. Washington Street
Suite 1525
Chicago, IL  60602
wdd@rfd-law.com
sd@rfd-law.com

Mr. Alan H. Zenoff
Zenoff & Zenoff, Chtd.
53 W. Jackson Blvd.
Suite 1140
Chicago, IL  60604
azenoff@zenoffandzenoff.com

Mr. Lawrence A. Stein
Ms. Elizabeth A. Bates
Mr. Edward J. Sedlacek
Ms. Kathleen R. Ryding
Mr. Mark S. Bishop
Mr. Patrick B. Hurley
Mr. Thomas Andrew Christensen
Huck Bouma, P.C.
1755 South Naperville Road
Wheaton, IL  60187
lstein@huckbouma.com
ebates@huckbouma.com
esedlacek@huckbouma.com
kryding@huckbouma.com
mbishop@huckbouma.com
phurley@huckbouma.com
tchristensen@huckbouma.com
ccurths@huckbouma.com
mtolvaysh@huckbouma.com
lkoster@huckbouma.com