**DOCUMENT REMOVED DUE TO REASON[S ] CHECKED BELOW**

☐     **DOCUMENT ENTERED IN ERROR**

☐     **DOCUMENT WITHDRAWN/REMOVED PER COURT ORDER OF**

         _____.

✗     **INCORRECT DOCUMENT LINKED**

☐     **DUPLICATE ENTRY**