# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Date: 1/26/2011  Case No. 10cv7009

Case Title: FDIC vs. Saphir, et al.  Judge: Pallmeyer

## NOTICE OF CORRECTION

**The following error was found in document no.** 85

- [ ] The document has been filed in the incorrect case.
- [ ] The document is filed in the correct case, but the case number and case title do not match.
- [✓] The incorrect document (PDF file) was linked to the entry
- [ ] The incorrect file date was entered.
- [ ] The incorrect type of event was used to describe the document.
- [ ] The title of the document does not match the text of the entry.
- [ ] The entry is a duplicate of entry no.
- [ ] Other:

**Corrective action taken by the Clerk:**

- [✓] The text of the entry has been edited and the PDF file has been replaced.
- [ ] The following notation has been added to the text of the entry: (*Linked document has the incorrect case title or linked document has the incorrect case number*.)
- [ ] The correct document (PDF file) has been linked to the entry.
- [ ] The file date has been corrected.
- [ ] The text of the entry has been edited.
- [ ] The text of the entry has been edited to read "Duplicate filing of document number."
- [ ] Other:

**Corrective action required by the filer:**

- [✓] The document must be refiled.
- [ ] Other:

Michael W. Dobbins, Clerk of Court

By: s/ Thelma Murry-Sykes
Deputy Clerk

NDIL (10/05) Notice of Correction