**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION**, as Receiver of Heritage Community Bank, )<br>)<br>)<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>**JOHN M. SAPHIR; PATRICK G. FANNING; STEPHEN L. FAYDASH; WILLIAM E. HETLER; THOMAS JELINEK; LORI A. MOSELEY; STEPHEN ANTHONY; JERRY C. BRUCER; JAMES K. CHAMPION; ANDREW B. NATHAN; and MARY C. MILLS** )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants. )<br>) | Case No. 10-cv-7009<br><br>JURY DEMANDED<br><br>Judge Rebecca Pallmeyer |

## NOTICE OF MOTION

To:   See Attached Service List

  PLEASE TAKE NOTICE that on the 1st day of February, 2011, at 8:45 a.m., we shall appear before the Honorable Judge Pallmeyer, in Room 2119, and shall then and there present Defendant Faydash's MOTION TO STRIKE, a copy of which is hereby served upon you.

                              Respectfully Submitted,

                              STEPHEN L. FAYDASH

                              By:  /s/ Thomas G. Gardiner
                                  One of His Attorneys

Thomas G. Gardiner, ARDC #6180243
GARDINER KOCH WEISBERG & WRONA
53 West Jackson Blvd., Suite 950
Chicago, Illinois 60604
Telephone: (312) 362-0000

## **AFFIDAVIT OF SERVICE**

     I, Araceli Villasenor, a non-attorney, do hereby certify that service of Defendant Faydash's Motion to Strike was accomplished pursuant to Electronic Case Filing on this 26th day of January, 2011.

                                                                                              /s/ Araceli Villasenor

## SERVICE LIST:

**Anne M Abrell**
Casale, Woodward & Buls, Llp
9223 Broadway, Suite A
Merrillville, IN 46410
aabrell@cwblawfirm.com

**Elizabeth A. Bates**
Huck Bouma PC
1755 South Naperville Rd., Suite 200
Wheaton, IL 60187-8132
ebates@huckbouma.com

**Mark S. Bishop**
Huck, Bouma, PC
1755 South Naperville Rd., Suite 200
Wheaton, IL 60187-8132
mbishop@huckbouma.com

**Terence D. Brennan**
Pretzel & Stouffer
1 S. Wacker
Chicago, IL 60606
(312) 469-7071
tbrennan@kirkland.com

**Ann M. Chessare**
Robinson Curley & Clayton, P.C.
300 South Wacker Drive, Suite 1700
Chicago, IL 60606
momalleychessare@robinsoncurley.com

**Thomas A. Christensen**
Huck Bouma PC
1755 S. Naperville Rd., Suite 200
Wheaton, IL 60189
tchristensen@HuckBouma.com

**Daniel J. Cozzi**
Donohue Brown Mathewson & Smyth
140 S. Dearborn, Suite 800
Chicago, IL 60603
cozzi@dbmslaw.com

**Steven M. Dallas**
Regas, Frezados & Dallas
111 W. Washington St.
Chicago, IL 60602
stevend@rfd-law.com

**William D. Dallas**
Regas, Frezados, Harp & Dallas
111 West Washington Street, Suite 1525
Chicago, IL 60602
wdd@rfd-law.com

**John J. Duffy**
Donohue, Brown, Mathewson & Smyth
140 South Dearborn Street, Suite 700
Chicago, IL 60603
john.duffy@dbmslaw.com

**John M. George**
Katten & Temple LLC
542 South Dearborn St., Suite 1060
Chicago, IL 60603
jgeorge@kattentemple.com

**Steven R. Gilford**
Proskauer Rose LLP (70W)
70 West Madison, Suite 3800
Chicago, IL 60602-4342
sgilford@proskauer.com

**Patrick B. Hurley**
Huck Bouma P.C.
1755 South Naperville Rd. Suite 200
Wheaton, IL 60189-8132
phurley@huckbouma.com

**Sigal P. Mandelker**
Proskauer Rose Llp
Eleven Times Square
New York, NY 10036
smandelker@proskauer.com

**Brian K. Mcbrearty**
Mcbrearty, Hart & Kelly, Lc
222 South Central Avenue, Suite 200
St. Louis, MO 63105
mcbrearty@mcbreartylaw.com

**Robert S. Michaels**
Robinson, Curley & Clayton, P.C.
300 South Wacker Drive, Suite 1700
Chicago, IL 60606
rmichaels@robinsoncurley.com

**William S. Porterfield**
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 W. Madison Street, Suite 3900
Chicago, IL 60606
scott.porterfield@bfkn.com

**Kathleen R Ryding**
Huck, Bouma, Martin, Jones & Bradshaw, P.C.
1755 South Naperville Road, Suite 200
Wheaton, IL 60187-8132
kryding@huckbouma.com

**George K. Samuel**
Donohue Brown Mathewson & Smyth
140 S. Dearborn, Suite 800
Chicago, IL 60603
samuel@dbmslaw.com

**Edward J Sedlacek**
Huck Bouma PC
1755 South Naperville Rd., Suite 200
Wheaton, IL 60187-8132
esedlacek@huckbouma.com

**Catherine J. Spector**
Proskauer Rose LLP (70W)
70 West Madison, Suite 3800
Chicago, IL 60602-4342
cspector@proskauer.com

**Aaron H. Stanton**
Burke, Warren, MacKay & Serritella, PC
330 North Wabash, 22nd Floor
Chicago, IL 60611-3607
astanton@burkelaw.com

**Lawrence A. Stein**
Huck Bouma PC
1755 South Naperville Road
Wheaton, IL 60187-8132
lstein@huckbouma.com

**Nancy A. Temple**
Katten & Temple, LLP
542 South Dearborn Street, Suite 610
Chicago, IL 60605
ntemple@kattentemplelaw.com

**Matthew F Tibble**
Pretzel & Stouffer, Chtd.
One South Wacker Dr., Suite 2500
Chicago, IL 60606-4673
mtibble@pretzel-stouffer.com

**Susan Valentine**
Robinson, Curley & Clayton, P.C.
300 South Wacker Drive, Suite 1700
Chicago, IL 60606
svalentine@robinsoncurley.com

**Richard M. Waris**
Pretzel & Stouffer, Chtd.
One South Wacker Drive, Suite 2500
Chicago, IL 60606-4673
rwaris@pretzel-stouffer.com

**Sarah B. Waxman**
Barack Ferrazano Kirschbaum & Nagelberg LLP
200 W. Madison Street, Suite 3900
Chicago, IL 60606
sarah.waxman@bfkn.com