# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7009 | **DATE** | 2/1/2011 |
| **CASE TITLE** | Federal Deposit Insurance Corporation vs. John M. Saphir, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Motions to dismiss [57, 58, 61, 62, 65, 70, 75, 76, 81, 87] entered and continued for briefing. Single response of no more than 50 pages to be filed by or on 3/18/2011; replies due 4/15/2011. Defendant John M. Saphir's motion for leave to file document under seal [72] entered and continued for briefing. Response to be filed by close of business today; reply 2/8/2011.

Notices mailed by Judicial staff.

00:03

| | Courtroom Deputy Initials: | ETV |
|---|---|---|