# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7009 | **DATE** | 2/14/2011 |
| **CASE TITLE** | Federal Deposit Insurance Corporation vs. John M. Saphir, et al | | |

**DOCKET ENTRY TEXT**

Rule 16 conference convened. Discovery schedule proposed by Plaintiff is entered without prejudice to adjustment of the schedule if appropriate. All discovery to be completed by 3/12/2012. Rule 26(a)(2) expert reports due from Plaintiff by 11/21/2011; depositions(s) of Plaintiff's expert(s) should be completed by 12/19/2011. Defendants' expert reports due 1/30/2012; depositions of Defendants' experts to be completed by 3/12/2012. Dispositive motions should be filed within thirty (30) days of the close of all discovery. Status hearing set for 5/19/2011 at 9:0 AM. Referral to Magistrate Judge Keys for settlement conference.

Notices mailed by Judicial staff.

00:08

| | Courtroom Deputy Initials: | ETV |
|---|---|---|