**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Federal Deposit Insurance Corporation
                            Plaintiff,

v.                                              Case No.: 1:10–cv–07009
                                                     Honorable Rebecca R. Pallmeyer

John M. Saphir, et al.
                                 Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Arlander Keys for the purpose of holding proceedings related to: settlement conference. (etv, ) Mailed notice.

Dated: February 14, 2011

                                                                      /s/ Rebecca R. Pallmeyer

                                                                      United States District Judge