**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Federal Deposit Insurance Corporation
                                        Plaintiff,
v.                                      Case No.: 1:10−cv−07009
                                        Honorable Rebecca R. Pallmeyer
John M. Saphir, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 22, 2011:

    MINUTE entry before Honorable Arlander Keys: Settlement Conference set for 3/11/2011 at 10:00 AM. All parties must be represented at the settlement conference by an individual (other than their attorney) with full authority to settle the case without having to confer telephonically with anyone else. The parties are directed to exchange written good faith offers/demands and to explain in their submission why their offer/demand is reasonable. Copies of these submissions must be sent to the Court (but not filed) by no later than 3/4/11. This submission is a requirement, not an option, and failure to comply therewith is sanctionable. Mailed notice(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.