Federal Deposit Insurance Corporation

                          Plaintiff,

v.                                                    Case No.: 1:10–cv–07009
                                                        Honorable Rebecca R. Pallmeyer

John M. Saphir, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 4, 2011:

      MINUTE entry before Honorable Arlander Keys:Pursuant to the joint telephonic request of the parties, the settlement conference set for 3/11/2011 is reset to 4/13/11 at 10:00 AM. All parties must be represented at the settlement conference by an individual (other than their attorney) with full authority to settle the case without having to confer telephonically with anyone else. The parties are directed to exchange written good faith offers/demands and to explain in their submission why their offer/demand is reasonable. Copies of these submissions must be sent to the Court (but not filed) by no later than 4/4/11. This submission is a requirement, not an option, and failure to comply therewith is sanctionable. Mailed notice(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.