**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Federal Deposit Insurance Corporation
                          Plaintiff,

v.                                       Case No.: 1:10–cv–07009
                                            Honorable Rebecca R. Pallmeyer

John M. Saphir, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 8, 2011:

      MINUTE entry before Honorable Arlander Keys:Pursuant to the joint telephonic request of the parties, the settlement conference previously set for 4/13/2011 at 10:00 AM. to remain firm. Mailed notice(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.