**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Federal Deposit Insurance Corporation
                                              Plaintiff,

v.                                                                Case No.: 1:10–cv–07009
                                                               Honorable Rebecca R. Pallmeyer

John M. Saphir, et al.
                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 13, 2011:

      MINUTE entry before Honorable Arlander Keys: Extensive settlement conference held. The parties are extremely far apart in terms of their offers and demands. This case will not settle. A great deal of discovery will be needed before the parties can assess the settlement value of this case. The Court will welcome a re–referral of this case for a settlement conference when the additional discovery has been taken. Therefore, all matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Honorable Arlander Keys no longer referred to the case.Mailed notice(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.