IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Heritage Community Bank,<br><br>      Plaintiff,<br>v.<br><br>JOHN M. SAPHIR; PATRICK FANNING; STEPHEN L. FAYDASH; WILLIAM E. HETLER; THOMAS JELINEK; LORI A. MOSELEY; STEPHEN ANTHONY; JERRY C. BRUCER; JAMES K. CHAMPION; ANDREW B. NATHAN; and MARY C. MILLS,<br><br>      Defendants. | Case No. 10 C 07009<br><br>Judge Rebecca R. Pallmeyer |

## ANDREW NATHAN'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

Defendant Andrew B. Nathan, for his reply memorandum in support of his motion to dismiss the complaint, adopts and incorporates the arguments in the reply briefs filed by:

1) Thomas Jelinek, William E. Hetler, and Lori A. Mosely;

2) John M. Saphir;

3) Jerry C. Brucer; and

4) Stephen Anthony and James K. Champion.

For the reasons stated therein, Mr. Nathan respectfully requests that the Court dismiss the FDIC's Complaint with prejudice.

Dated: April 29, 2011        Respectfully submitted,

                 By: s/ Sarah Waxman

IMAN_696470_2.DOC

        W. Scott Porterfield (ARDC# 03125110)
        Sarah Waxman  (ARDC# 6297903)
        BARACK FERRAZZANO KIRSCHBAUM
          & NAGELBERG LLP
        200 West Madison Street, Suite 3900
        Chicago, Illinois 60606
        Telephone:  (312) 984-3100
        E-mail:   scott.porterfield@bfkn.com
                 sarah.waxman@bfkn.com

*Attorneys for Defendant Andrew B. Nathan*

IMAN_696470_2.DOC

## **CERTIFICATE OF SERVICE**

I, Sarah Waxman, an attorney, hereby certify that on April 29, 2011, service of a copy of the foregoing *Andrew Nathan's Reply Memorandum in Support of Motion to Dismiss* was accomplished pursuant to ECF as to filing users in compliance with Fed. Rule Civ. P. 5(b)(2)(D).

                                                 s/ Sarah Waxman