## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CARRIE BROUGHTON-IRVING, BERNARD NEVEL, ETTA NEVEL, ERSKINE CARTWRIGHT, PATRICKMURPHY, CHARLES BARBER, BOB ANDERS, MARILYN ANDERS, and TERRY KICKERT, Each Individually and Derivatively on Behalf of HERITAGE COMMUNITY BANCORPORATION, INC., <br><br>　　　　　Plaintiffs, <br>vs. <br><br>JOHN M. SAPHIR, IRA S. NATHAN, JERRY C. BRUCER, STEPHEN FAYDASH, PATRICK G. FANNING, and MARY MILLS, <br><br>　　　　　Defendants, <br>and <br><br>HERITAGE COMMUNITY BANCORPORATION, INC., an Illinois corporation <br><br>　　　　　Nominal Defendant, <br><br>FEDERAL DEPOSIT RESERVE INSURANCE CORPORATION, as Receiver of Heritage Community Bank, <br><br>　　　　　Intervenor. | Case No: 1:09-cv-07979 <br><br>The Honorable David H. Coar |

### **NOTICE OF FILING**

To:  Brian Kevin Mcbrearty (mcbrearty@mcbreartylaw.com, murdock@mcbreartylaw.com)
　　　John M. George (jgeorge@kattentemple.com, acorona@kattentemple.com)
　　　Kelly A Saindon (ksaindon@belongialaw.com, crussell@belongialaw.com, pmcinnis@belongialaw.com)
　　　Mark D Belongia (mbelongia@belongialaw.com, pdalton@belongialaw.com, pmcinnis@belongialaw.com)
　　　Mitchell J. Edlund (mitch.edlund@mbtlaw.com)
　　　Nancy Anne Temple (ntemple@kattentemplelaw.com)
　　　P. Scott Ritchie (pritchie@clausen.com, kuram@clausen.com)
　　　Steven Dale Pearson (steve.pearson@mbtlaw.com, arleen.burke@mbtlaw.com)

Susan Valentine (svalentine@robinsoncurley.com, dmshields@robinsoncurley.com)
William D. Dallas (wdd@rfd-law.com)

　　　　PLEASE TAKE NOTICE that on the 19th day of August, 2010, we caused to be filed electronically with the Clerk of the District Court Defendant Stephen Faydash's Reply in Support of his Motion to Dismiss, a copy of which is hereby served upon you via electronic means.

　　　　　　　　　　　　　　　　　　/s/Barry C. Owen
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Thomas G. Gardiner
Barry C. Owen
Bethany Johnson
GARDINER KOCH & WEISBERG
53 W. Jackson Blvd., Suite 950
Chicago IL 60604
Telephone 312.362.0000

## CERTIFICATE OF SERVICE

　　　　I, Barry C. Owen, do hereby affirm under oath that service of Plaintiff's Response to Defendant's Motion to Dismiss was accomplished upon the above named parties pursuant to Electronic Case Filing on this 19th day of August, 2010.

　　　　　　　　　　　　　　　　　　/s/Barry C. Owen