# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7009 | **DATE** | 9/1/2011 |
| **CASE TITLE** | Federal Deposit Insurance Corporation vs. John M. Saphir, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion And Order. Defendant Saphir's motion to seal document [72] is denied. Defendant Fanning's motion to join Defendant Saphir's motion to dismiss [70] is granted. Defendant Faydash's motion to strike [87] is granted; his original motion to dismiss [65] is stricken. Defendants' motions to dismiss [57, 58, 61, 62, 75, 76, 81, 87] are granted in part and denied in part. The negligence claims, Counts II, V and VIII, are dismissed as duplicative of the breach of fiduciary duty claims, but the motion is otherwise denied. Defendants are directed to answer Counts I, III, IV, VI, VII and IX of the complaint within 21 days of the date of this order. (For further detail see separate order.)

■ [ For further detail see separate order(s).]  Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|