# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7009 | **DATE** | 9/7/2011 |
| **CASE TITLE** | Federal Deposit Insurance Corporation vs. John M. Saphir, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Motion of Plaintiff Federal Deposit Insurance Corporation as Receiver of Heritage Community Bank for leave to file First Amended Complaint [136] granted. Plaintiff's sur-response to motion to modify subpoena to be filed by 9/14/2011; sur-reply, if any, by 9/20/2011.

Notices mailed by Judicial staff.

00:04

| | Courtroom Deputy Initials: | ETV |
|---|---|---|