# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7009 | **DATE** | 1/24/2012 |
| **CASE TITLE** | FDIC vs. John M. Saphir | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Motion by Plaintiff Federal Deposit Insurance Corporation, as receiver of Heritage Community Bank, to reassign related case [168] granted. Case 12 C 235, *Broughton-Irving, et al v. Saphir, et al* currently assigned to Judge Kennelly shall be reassigned to Judge Pallmeyer as related to the above cause. Shareholders in the new action to participate in mediation before Judge Andersen.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|