# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Heritage Community Bank, | )<br>)<br>) |
| Plaintiff, | ) Case No. 10-CV-7009<br>)<br>) Judge John Z. Lee |
| v. | )<br>) |
| JOHN M. SAPHIR; PATRICK G. FANNING; STEPHEN L. FAYDASH; WILLIAM E. HETLER; THOMAS JELINEK; LORI A. MOSELEY; STEPHEN ANTHONY; JERRY C. BRUCER; JAMES K. CHAMPION; ANDREW B. NATHAN; and MARY C. MILLS, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## STIPULATION AND ORDER OF DISMISSAL, WITH PREJUDICE

IT IS HEREBY STIPUATED AND AGREED, by and between the undersigned counsel for the parties, that the above-entitled action is hereby dismissed, with prejudice and without costs to either party, and that an Order may be entered to that effect.

/s/ Susan Valentine
Susan Valentine
Ann Megan O'Malley Chessare
Robinson Curley & Clayton, P.C.
300 South Wacker Drive, Suite 1700
Chicago, Illinois 60606
*Attorneys for FDIC, as Receiver of Heritage Community Bank*

/s/ John M. George, Jr.
John M. George, Jr.
Katten & Temple, LLP
542 South Dearborn Street, Suite 1060
Chicago, Illinois 60605
*Attorney for John Saphir*

/s/ John J. Duffy
John J. Duffy
Donohue Brown Mathewson & Smyth, LLC
140 South Dearborn Street, Suite 800
Chicago, Illinois 60603
*Attorney for Patrick G. Fanning*

| | |
|---|---|
| /s/ Thomas Gardiner | /s/ Aaron Stanton |
| Thomas Gardiner | Aaron Stanton |
| Gardiner Koch & Weisberg | Burke, Warren, MacKay & Serritella, P.C. |
| 53 West Jackson Boulevard, Suite 950 | 330 North Wabash Avenue, 22nd Floor |
| Chicago, Illinois 60604 | Chicago, Illinois 60611 |
| *Attorney for Stephen L. Faydash* | *Attorney for Stephen Anthony* |
| | |
| /s/ David E. Woodward | W. Scott Porterfield |
| David E. Woodward | W. Scott Porterfield |
| Casale, Woodward & Buls, LLP | Barack, Ferrazzano, Kirschbaum & Nagelberg, LLP |
| Cambridge Commons | |
| 9223 Broadway, Suite A | 200 West Madison Street, Suite 3900 |
| Merrillville, Indiana 46410 | Chicago, Illinois 60606 |
| *Attorney for Lori Moseley* | *Attorney for Andrew Nathan* |
| | |
| /s/ Brian K. McBreaty | /s/ Sigal P. Mandelker |
| Brian K. McBrearty | Sigal P. Mandelker |
| McBrearty Hart & Kelly, L.C. | Proskauer Rose LLP |
| 222 South Central Avenue, Suite 200 | 1585 Broadway |
| St. Louis, Missouri 63105 | New York, New York 10036 |
| *Attorney for Mary Mills* | *Attorney for James Champion* |
| | |
| /s/ William D. Dallas | /s/ Matthew Tibble |
| William D. Dallas | Matthew Tibble |
| Regas, Frezados & Dallas LLP | Pretzel & Stouffer Chartered |
| 111 West Washington Street, Suite 1525 | One South Wacker Drive, Suite 2500 |
| Chicago, Illinois 60602 | Chicago, Illinois 60606 |
| *Attorney for Jerry C. Brucer* | *Attorney for William Hetler* |
| | |
| /s/ Lawrence Stein | |
| Lawrence Stein | |
| Huck Bouma P.C. | |
| 1755 South Naperville Road, Suite 200 | |
| Wheaton, Illinois 60189 | |
| *Attorney for Thomas Jelinek* | |

**ENTER:**

_____
Judge John Z. Lee

Date:_____

Prepared by:

Susan Valentine (6196269)
ROBINSON CURLEY & CLAYTON, P.C.
300 South Wacker Drive, Suite 1700
Chicago, Illinois 60606
(312) 663-3100 – Telephone
(312) 663-0303 – Facsimile
svalentine@robinsoncurley.com